UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| - v - | :   22 Cr. 590 (PKC) |
| | : |
| OKAMI LANDA, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the exhibits attached thereto in support of its motion, the undersigned will move this Court, before the Honorable P. Kevin Castel, in the Southern District of New York, for an Order suppressing evidence, an Order dismissing the indictments, and an Order granting any such further relief as this Court may deem just and proper.

Dated: New York, New York
       May 19, 2023

                                               Respectfully submitted,


                                               _____/s/_____
                                               MICHAEL ARTHUS
                                               Attorney for Defendant Okami Landa
                                               52 Duane Street, 10th Floor
                                               New York, New York 10007
                                               Tel.: (212) 417-8700

Attn: AUSAs Nicholas Bradley and Matthew Hellman