**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 30 ROCKEFELLER PLAZA<br>NEW YORK, NEW YORK<br>10112-4498<br><br>TEL +1 212.408.2500<br>FAX +1 212.408.2501<br>BakerBotts.com | AUSTIN<br>BRUSSELS<br>DALLAS<br>DUBAI<br>HOUSTON<br>LONDON | **NEW YORK**<br>PALO ALTO<br>RIYADH<br>SAN FRANCISCO<br>SINGAPORE<br>WASHINGTON |

March 13, 2024

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

**VIA ECF**
Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Okami Landa*, 22 Cr. 590 (PKC)

Dear Judge Castel:

We were appointed to represent Okami Landa on December 14, 2023. Sentencing in this case is scheduled for March 27, 2024, and, as such, under the Court's individual practices, the defense sentencing submission is due today.

We respectfully request a short adjournment of our sentencing submission deadline, to Monday, March 18, 2024, to allow additional time to discuss our draft submission with Mr. Landa, who is currently detained in Essex County, New Jersey. The government consents to this request, and we consent to a commensurate extension of the government's deadline for its sentencing submission.

Respectfully submitted,

*/s/ Brendan F. Quigley*
Brendan F. Quigley

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
3-13-24

Active 76178947.3