**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

April 6, 2024

Sentencing is adjourned from April 10 to May 2, 2024 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 4/8/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Brendan F. Quigley
TEL: 2124082520
FAX: 2122592520
brendan.quigley@bakerbotts.com

**VIA ECF**
Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Okami Landa*, 22 Cr. 590 (PKC)

Dear Judge Castel:

We were appointed to represent Okami Landa on December 14, 2023.

Sentencing in this case is scheduled for April 10, 2024. We respectfully request a two-week adjournment of sentencing to allow counsel and Mr. Landa to further discuss certain matters related to sentencing and to attempt to obtain additional records we previously requested from the Essex County Correctional Facility, where Mr. Landa is detained.

This is our second request for an adjournment of the sentencing proceeding. The government consents to this request but has indicated that, if the Court grants this adjournment request and schedules a new sentencing date, it believes sentencing should proceed on that new date.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Brendan F. Quigley
Brendan F. Quigley

Active 76178947.3