UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA,

22-cr-590 (PKC)

-against-

ORDER

OKAMI LANDA,

Defendant.
------------------------------------------x

CASTEL, U.S.D.J.

Defendant and his mother again move for the return of certain property taken as a result of a search. Defendant was convicted of possession of images and videos of child pornography found on a USB flash drive at his residence. The government has responded and the Court Orders as follows:

1. The USB flash drive and laptop have been forfeited. (ECF 47 & 59.)

2. The typewriter shall be made available for pickup from the Office of the United States Attorney for this District (Attn Nicholas S. Bradley) by contacting Mr. Bradley and arranging a convenient date for a pick-up..

3. The remaining material, including the video camera, "Apple tablet-Ipad Mini" and all cell phones need not be returned by the government at this time. The government continues to assert its legitimate need to retain the seized property because of the possibility of Landa's success on a section 2255 motion. See Allen v. Grist Mill Cap. LLC, 88 F.4th 383, 397-98 (2d Cir. 2023).T

The application is GRANTED in part (as to paragraph 2) and DENIED in part (as to paragraphs 1 and 3).

Motion at ECF 61 should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 4, 2025


COPY MAILED TO:

Consuelo Gines
780 Grand Concourse Apartment 6J
Bronx, NY 10451